# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144791(68)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 144791
                                              COA: 300281
ROBERT LAMONT MOORE,                  Kalamazoo CC: 2008-001671-FC
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 4, 2012 order is considered. We MODIFY the first sentence of the order to read: "On order of the Court, the motion to stay consideration of the application is DENIED as moot because the defendant has filed his supplemental brief and the requested stay is no longer necessary." The motion for reconsideration is DENIED, because it does not appear that the Court's order denying leave to appeal entered erroneously.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                                         _____

d0225                                                         Clerk